# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

**PLEASE RECEIPT AND RETURN**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 08 MJ 8512 |
| Plaintiff ) | |
| ) | ORDER |
| vs. ) | |
| ADRIAN TEJADA-GARDUZA, ) | RELEASING MATERIAL WITNESS |
| ET AL ) | |
| ) | Booking No. |
| Defendant(s) ) | |

On order of the United States District/**Magistrate Judge**, **Louisa S. Porter**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted**) / Case Disposed / Order of Court).

**JOSE CHICAS-MARTINEZ**

DATED: 6/25/08

**Louisa S. Porter**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by _____

Deputy Clerk
**B. LLOYD**