```
 1  LAW OFFICES OF ALAN E. FERGUSON
    Alan E. Ferguson, Esq., State Bar No. 103677
 2  3200 Fourth Avenue, Suite 207
    San Diego, CA  92103-5716
 3  PH: 619-299-4999
    FAX: 619-299-8121
 4
 5  Attorney for Material Witnesses
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   SOUTHERN DISTRICT OF CALIFORNIA
10                       (Honorable Peter C. Lewis)
11  UNITED STATES OF AMERICA,     )   Magistrate Case No.   08mj8512
                                  )
12        Plaintiff,              )   JOINDER TO NOTICE OF MOTION AND
                                  )   MOTION FOR VIDEOTAPE DEPOSITION
13  v.                            )   OF MATERIAL WITNESS AND REQUEST
                                  )   FOR STATEMENT OF REASONS IN
14  Adrian Tejada-Garduza, et al.,)   SUPPORT OF COSTODY
                                  )
15                                )   HRG DATE:  08/08/2008
         Material Witnesses.      )   TIME:      10:00 a.m.
16                                )   CRTRM:     El Centro - 2nd Floor
                                  )   JUDGE:     Peter C. Lewis
17
```

18    TO UNITED STATES ATTORNEY KAREN P. HEWITT, AND TO THE ATTORNEYS

19 OF RECORD FOR CARLOS RAMOS-GALAMEZ AND JOUANNI FRANCISCO PEREZ-

20 TINOCO, DEFENDANTS NAMED IN CRIMINAL CASE NUMBER 08CR1696-H

21 ASSOCIATED HEREWITH:

22    PLEASE TAKE NOTICE that material witnesses Ruben Valadez-Arrendondo; Eusebio

23 Martinez-Perez; Miguel Najera-Lopez; and Brenda Garcia-Ontiveros ("Material Witnesses") by and

24 through their counsel, Alan E. Ferguson, join in the motion to set videotape depositions filed by

25 Tamara D. DeHaan, for material witness Adrian Tejada-Garduza, to be heard on August 8, 2008,

26 at 10:00 a.m., or as soon thereafter as counsel may be heard.  The proposed order submitted by

27 Tamara D. DeHaan is identical to that proposed by these four material witnesses, and therefore shall

28 be submitted to the court via e-mail prior to the hearing.

**MOTION**

Material witnesses Ruben Valadez-Arrendondo; Eusebio Martinez-Perez; Miguel Najera-Lopez; and Brenda Garcia-Ontiveros ("Material Witnesses") by and through their counsel, Alan E. Ferguson, and pursuant to Federal Rules of Criminal Procedure, Rule 15, 18 U.S.C., §3144; and 18 U.S.C., §3142, hereby move this Court for an order to take their depositions by videotape, and release them at the conclusion of the depositions.

This motion is based on this joinder of motion, the memorandum of points and authorities and declarations submitted by Tamara D. DeHaan, attorney of record for Adrian Tejada-Garduza, filed herein, the records of the above-titled case, and all matters submitted to the court prior to the determination of this motion.

Dated: August 4, 2008

By:   / S / *Alan E. Ferguson*
ALAN E. FERGUSON
Attorney for the Material Witness

1  LAW OFFICES OF ALAN E. FERGUSON
   Alan E. Ferguson, Esq., State Bar No. 103677
2  3200 Fourth Avenue, Suite 207
   San Diego, CA  92103-5716
3  PH: 619-299-4999
   FAX: 619-299-8121
4

5  Attorney for Material Witnesses

6

7

8                      **UNITED STATES DISTRICT COURT**

9                     **SOUTHERN DISTRICT OF CALIFORNIA**

10                          (Honorable Peter C. Lewis)

11 UNITED STATES OF AMERICA,           )    Magistrate Case No.   08mj8512
                                       )
12          Plaintiff,                 )
                                       )    DECLARATION OF SERVICE
13 v.                                  )
                                       )    Persons Served: Gary Burcham, Esq.;
14 Adrian Tejada-Garduza, et al.,      )                    Stephen Demik, Esq.;
                                       )                    U.S. Attorney; and
15                                     )                    Tamara DeHaan, Esq.
            Material Witnesses.        )
16         Under penalty of perjury, I declare:

17         1.   I am an attorney duly licensed to practice law in the State of California, and before the

18 United States District Court for the Southern District of California.  I am over the age of eighteen

19 and not a party to this action.

20         2.   On August 4, 2008, I served the above-named persons with the following document:

21 Joinder to Notice of Motion and Motion for Videotape Deposition of Material Witnesses and

22 Request for Statement of Reasons in Support of Custody.

23         3.   Service was effected by e-filing the document with the Southern District Court via

24 CM/ECF and via e-mail.

25

26 Dated: August 4, 2008

27                                  By:    / S / *Alan E. Ferguson*
                                           ALAN E. FERGUSON
28                                         Attorney for the Material Witnesses